AO 121 (6/90)

| TO:  Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court Northern District of California |
|---|---|
| DOCKET NO.  CV 08-03521 MHP   DATE FILED  7/23/08 | 450 Golden Gate Avenue, 16th Floor, Box 36060<br>San Francisco, CA 94102 |
| PLAINTIFF  ADOBE SYSTEMS INCORPORATED | DEFENDANT  TAMARA IRBY |

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | *PLEASE SEE ATTACH COMPLAINT* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED  ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK  Richard W. Wieking | (BY) DEPUTY CLERK  Gina Agustine-Rivas | DATE  July 24, 2008 |
|---|---|---|

DISTRIBUTION: 1) Upon initiation of action, mail copy to Register of Copyrights  2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights  3) Upon termination of action, mail copy to Register of Copyrights  4) In the event of an appeal, forward copy to Appellate Court  5) Case File Copy