1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                         UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10                                              )
    Adobe Systems Incorporated,                 )   Case No. CV 08-3521 MHP
11                                              )
                   Plaintiff,                   )   PROOF OF SERVICE
12       v.                                     )
                                                )
13  Tamara Irby and Does 1 – 10, inclusive,     )
                                                )
14                 Defendants.                  )
                                                )
15

---

Adobe v. Irby, et al.: Proof of Service                         - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 25, 2008, I served on the interested parties in this action with the:

- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

<u>Adobe Systems Incorporated v. Tamara Irby, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Courtesy Copy to:
Anthony H. Monioudis
Woods Rogers PLC
341 Main Street, Suite 302
Danville VA 24541

Place of Mailing: Glendale, California
Executed on August 25, 2008, at Glendale, California

_____
Katrina Bartolome